# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JOHN H. LOFTON**                                                                                    **PETITIONER**

**v.**                                                                                                          **No. 1:18CV117-SA-RP**

**STATE OF MISSISSIPPI, ET AL.**                                                         **RESPONDENTS**

### ORDER DISMISSING AS MOOT: (1) PETITIONER'S MOTION [12] TO EXTEND THE DEADLINE TO REQUEST FROM THE FIFTH CIRCUIT AUTHORIZATION TO PROCEED WITH A SUCCESSIVE PETITION FOR A WRIT OF *HABEAS CORPUS*, (2) PETITIONER'S MOTION [16] FOR RELIEF FROM JUDGMENT

This matter comes before the court on two motions by the petitioner: (1) a motion [12] to extend the deadline to request permission from the Fifth Circuit Court of Appeals to proceed in this court with a successive petition for a writ of *habeas corpus*, and (2) a motion [16] for relief from judgment. On June 6, 2019, the Fifth Circuit issued a detailed order denying the petitioner permission to proceed with a second or successive petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. As the Fifth Circuit has already ruled on the issues involved in these motions [12], [16], they are **DISMISSED** with prejudice as moot.

**SO ORDERED**, this, the 24th day of September, 2019.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE